UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**AMERICAN PROPERTY-MANAGEMENT CORPORATION**, a New Mexico corporation, d/b/a **ESPLENDOR RESORT AT RIO RICO**,

    Plaintiff,

v.                                   No. 1:17-CV-00764 KK-WPL

**LIBERTY MUTUAL GROUP, INC.**

    Defendant.

## STIPULATED ORDER STAYING DISCOVERY AND VACATING DEADLINES AND SETTINGS IN INITIAL SCHEDULING ORDER (Doc. 6)

    Plaintiff American Property-Management Corporation d/b/a/ Esplendor Resort at Rio Rico and Defendant Liberty Mutual Group, Inc. hereby stipulate that the deadlines and settings in the Initial Scheduling Order [Doc. 6, filed 7/26/17] are hereby vacated and that discovery is stayed pending the Court's ruling on Defendant's Motion to Transfer Venue to the U.S. District Court of Arizona, Tucson Division, or, Alternatively, Dismiss on Grounds of Forum Non Conveniens and Supporting Authority [Doc. No. 7, filed 7/31/17]. The parties submit that vacating the deadlines and staying discovery is in the interests of economy for both the Court and the parties and, as such, the parties have shown good cause to vacate the deadlines and stay discovery.

                                              _____
                                              Honorable William P. Lynch
                                              U.S. Magistrate Judge

Respectfully submitted,

*/s/ Shanno A. Parden*
Shannon A. Parden, Esq.
RAY, McCHRISTIAN & JEANS, P.A.
6000 Uptown Blvd. NE, Ste. 307
Albuquerque, NM 87110
Tel. (505) 212-8018
Fax (505) 212-0140
sparden@rmjfirm.com
*Attorneys for Defendant*

and


*/s/ Lindsay R. Drennan*
Marcus J. Rael, Jr.
Lindsay R. Drennan
ROBLES, RAEL & ANAYA, PC
500 Marquette Ave. NW, Suite 700
Albuquerque, NM 87102
505-242-2228
marcus@roblesrael.com
Lindsay@roblesrael.com
*Attorneys for Plaintiff*