UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**AMERICAN PROPERTY - MANAGEMENT CORPORATION, a New Mexico corporation, d/b/a ESPLENDOR RESORT AT RIO RICO,**

       Plaintiff,                     No. 1:17-cv-00764-KK-JHR

v.

**LIBERTY MUTUAL GROUP, INC.**

       Defendant.

### NOTICE OF COMPLETION OF BRIEFING (Doc. 7)

Defendant Liberty Mutual Fire Insurance Company ("Liberty"), submits this Notice of Completion of Briefing, as follows:

1.    Defendant Liberty's Motion to Transfer Venue to the U.S. District Court of Arizona, Tucson Division, or, Alternatively, Dismiss on Grounds of Forum Non Conveniens and Supporting Authority (Doc. 7), filed July 31, 2017;

2.    Plaintiff's Response to Defendant's Motion to Transfer Venue to the U.S. District Court Of Arizona, Tucson Division, or, Alternatively, Dismiss on Grounds of Forum Non Conveniens and Supporting Authority (Doc. 16), filed September 11, 2017; and

3.    Defendant's Reply in Support of Motion to Transfer Venue to the U.S. District Court of Arizona, Tucson Division, or, Alternatively, Dismiss on Grounds of Forum Non Conveniens (Doc. 17), filed October 11, 2017.

Dated: October 11, 2017.

                                            Respectfully submitted,

RAY, McCHRISTIAN & JEANS, P.C.

By  */s/ Shannon A. Parden*
        Shannon A. Parden
        6000 Uptown Blvd NE, Suite 307
        Albuquerque, New Mexico 87110
        Tel:  (505) 855-6000
        Fax:  (505) 212-0140
        sparden@rmjfirm.com
        *Attorneys for Liberty Mutual Fire Ins. Co.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading was emailed and served through CM/ECF this 11th day of October, 2017, to counsel of record.

        */s/ Shannon A. Parden*
        Shannon A. Parden